```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00531
    MARCUS A HURLEY
    CHALETTA D HURLEY                           CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7239    SSN XXX-XX-9412

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 03/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG           .00           .00            .00
OCWEN FEDERAL BANK         MORTGAGE ARRE     12176.69           .00          894.51
OCWEN FEDERAL BANK         NOTICE ONLY      NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED           306.89           .00            .00
HSBC BANK/OCWEN LOAN       NOTICE ONLY      NOT FILED           .00            .00
TARGET NATIONAL BANK       UNSECURED           320.89           .00            .00
COOK COUNTY TREASURER      SECURED            1993.00           .00          30.00
CHASE BANK                 UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED           562.89           .00            .00
PREMIER BANCARD CHARTER    UNSECURED           419.70           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           244.41           .00            .00
SALLIE MAE INC             UNSECURED          2736.51           .00            .00
SALLIE MAE INC             UNSECURED          2334.00           .00            .00
SALLIE MAE INC             UNSECURED          1894.36           .00            .00
SALLIE MAE                 UNSECURED        NOT FILED           .00            .00
US BANK                    UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO WATER DE   SECURED             465.00           .00          30.00
SCHNEIDER FINANCE          SECURED                .00           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           546.94           .00            .00
SCHNEIDER FINANCE          UNSECURED         34320.92           .00         375.99
BROWN MACKIE COLLEGE       FILED LATE             .00           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,351.50                      3,351.50
TOM VAUGHN                 TRUSTEE                                           407.13
DEBTOR REFUND              REFUND                                          1,060.87

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   6,150.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00531 MARCUS A HURLEY & CHALETTA D HURLEY
```

```
PRIORITY                                                           .00
SECURED                                                         954.51
UNSECURED                                                       375.99
ADMINISTRATIVE                                                3,351.50
TRUSTEE COMPENSATION                                            407.13
DEBTOR REFUND                                                 1,060.87
                                     ---------------    ---------------
TOTALS                                      6,150.00           6,150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 01/26/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```